IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY PARKS,
     Petitioner,

vs.                                      CASE NO.: 5:08cv223/RS/MD

SCOTT A. MIDDLEBROOKS,
     Respondent.

---

## <u>REPORT AND RECOMMENDATION</u>

This cause is before the court upon petitioner's filing an emergency petition for writ of habeas corpus (doc. 1).  On July 23, 2008 this court directed petitioner to submit three service copies of his petition, and attachments, or payment for the court to make the copies.  Petitioner was further advised to either pay the $5.00 filing fee or submit a complete application to proceed *in forma pauperis* (doc. 3).  Petitioner paid the filing fee on August 18, 2008 but failed to provide the court with service copies.  Accordingly, this court issued a show cause order on September 5, 2008 giving petitioner twenty (20) days to show cause why this case should not be dismissed for his failure to prosecute or to comply with an order of the court (doc. 6).  To date, there has been no response from petitioner, either to belatedly submit the service copies or to explain why timely compliance was not possible.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed with prejudice for petitioner's failure to comply with an

order of this court and failure to prosecute this action.

At Pensacola, Florida, this 6th day of October, 2008.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).