UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STANLEY PARKS,

    Petitioner,

vs.                                    CASE NO. 5:08cv223/RS/MD

SCOTT A. MIDDLEBROOKS,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 7). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice because Petitioner failed to comply with an order of the court and failed to prosecute this action.

3. The clerk is directed to close the file.

**ORDERED** on November 7, 2008.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**